# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| BENJAMIN BEAN, )<br>)<br>      PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>PATRICIA BARNHART, ET AL., )<br>)<br>      DEFENDANTS ) | CIVIL NO. 1:13-CV-196-DBH |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 8TH DAY OF JANUARY, 2014**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**