## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| BENJAMIN BEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO. 1:13-CV-196-NT |
| | ) |
| KURT DYER et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 17, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on the Defendants' Second Motion for Summary Judgment. The Defendants filed an objection to the Recommended Decision on June 3, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Defendants' Second Motion for Summary Judgment is **GRANTED** as to Defendants Reed and Libby and **DENIED** as to Defendants Dyer and Ross.

**SO ORDERED.**

Dated this 15th day of June, 2016.

/s/ Nancy Torresen_____
United States Chief District Judge